```
                      SECOND DISTRICT COURT - OGDEN
                       WEBER COUNTY, STATE OF UTAH

         DEANNA RANDALL ON BEHALF OF TH et al. vs. JASON PEEK et al.
CASE NUMBER 200906736 Contract: Empl Discr
_____

CURRENT ASSIGNED JUDGE
        MICHAEL D DIREDA

PARTIES
        Plaintiff - DEANNA RANDALL ON BEHALF OF TH
        Represented by: ALYSSA WOOD
        Represented by: JUSTIN HOSMAN
        Represented by: JEFFREY STEELE

        Plaintiff - DEANNA RANDALL
        Represented by: ALYSSA WOOD
        Represented by: JUSTIN HOSMAN
        Represented by: JEFFREY STEELE

        Defendant - EMMALEE WOODLAND

        Defendant - JASON PEEK

        Defendant - SMITH & EDWARDS


ACCOUNT SUMMARY
              Total Revenue Amount Due:         375.00
                          Amount Paid:          375.00
                        Amount Credit:            0.00
                              Balance:            0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                   Original Amount Due:         375.00
                   Amended Amount Due:          375.00
                          Amount Paid:          375.00
                        Amount Credit:            0.00
                              Balance:            0.00


CASE NOTE


PROCEEDINGS
12-03-2020   Filed: Complaint
12-03-2020   Case filed by efiler
12-03-2020   Fee Account created Total Due: 375.00
12-03-2020   Fee Account created
12-03-2020   COMPLAINT - NO AMT S   375.00
12-03-2020   Judge MICHAEL D DIREDA assigned.
12-03-2020   Filed: Return of Electronic Notification
12-22-2020   Filed: Notice of Removal


12-23-2020 10:30 AM                                           Page 1 of 2
```

12-22-2020   Filed: Return of Electronic Notification